UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY W. TOLMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | No. SACV 14-663 FFM<br><br>JUDGMENT |

      In accordance with the Memorandum Decision and Order filed concurrently herewith,

      IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: December 7, 2015

                                                  /S/ FREDERICK F. MUMM<br>
                                                   FREDERICK F. MUMM<br>
                                           United States Magistrate Judge